Miguel Soto Pastrana et als., peticionarios, *v.* Pío J. Rechani y otros, recurridos.

*Número:* CC-2003-199      *Resuelto:* 16 de mayo de 2003

*Genoveva Valentín Soto*, abogada de la parte peticionaria.

## RESOLUCIÓN

Considerada la moción informativa presentada el 17 de abril de 2003 por la Lcda. Genoveva Valentín Soto como una solicitud para que se considere este recurso Núm. CC–

2003–199, como un recurso nuevo, y que fue presentado luego de la fecha en que se notificara la segunda sentencia, con la notificación enmendada, se ordena a la Secretaría de este Tribunal darle un nuevo número de presentación al recurso, considerarlo notificado y tramitarlo por la vía ordinaria.

Hemos observado una práctica en la profesión que nos preocupa: a menudo los abogados que se van de vacaciones, simplemente, sin tomar otras medidas, le indican a los tribunales las fechas en que estarán ausentes y solicitan que no se tome acción alguna durante este periodo de tiempo. Esto hace caso omiso de los términos jurisdiccionales que pueden estar decursando y de los problemas que, de aprobarse esta pretensión, le ocasionarían al buen funcionamiento de los tribunales.

Esta práctica no podemos avalarla, puesto que los tribunales no pueden sujetar sus calendarios y funcionamiento a los intereses particulares de cada uno de los abogados que ante ellos postulan. Por la presente apercibimos a la clase togada de que si desean ausentarse del país tienen que tomar las medidas necesarias para que no se perjudiquen los intereses de sus clientes. El incumplimiento con esta norma podría acarrearles sanciones disciplinarias.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Corrada Del Río no intervinieron. El Juez Asociado Señor Rivera Pérez se inhibió.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*